AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Weingarten et al.
*Plaintiff*
v.
U.S. Department of Education et al
*Defendant*

Case No. 1:26-cv-03826

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 10/30/2026

/s/ R. T. Winston Berkman-Breen
*Attorney's signature*

R. T. Winston Berkman-Breen, NY Bar 5559372
*Printed name and bar number*

Protect Borrowers (a fiscally sponsored project of the Shared Ascent Fund)
40 Rector Street, 9th Floor
New York, NY 10006
*Address*

winston@protectborrowers.org
*E-mail address*

(617) 959-4386
*Telephone number*

*FAX number*